# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00865-DWL |
| Plaintiff, | **ORDER** |
| vs. | **(First Request)** |
| Jose Sarinana, | |
| Defendant. | |

Upon Motion of Defendant, no objection from the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial and Motion to Extend Time Pretrial Motions Deadline (Doc. _____).

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from August 5, 2025, to _____, 2025 at 9:00 a.m., and continuing the pretrial motion deadline until _____, 2025.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) from _____ to _____.

Dated this \_\_\_\_ day of _____, 2025.